UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

US INCOME PARTNERS, LLC,

    Plaintiff,

v.                                            CASE NO. 8:20-cv-1020-T-23SPF

ACORE CAPITAL MORTGAGE, LP,

    Defendant.
_____/

**ORDER**

An order refers this action to mediation. Until the conclusion of the national emergency declared by President Trump in Proclamation No. 9994, 85 F.R. 15337, on March 13, 2020, a mediation participant can satisfy the attendance requirement of both Local Rule 9.05(c) and the mediation order by participating by video conference in the mediation. However, participation by telephone will not satisfy the personal attendance requirement unless in the discretion of the mediator participation by video is infeasible due to circumstances beyond the control of the parties and their counsel. Any party who wishes to appear by video must notify the mediator reasonably in advance of the mediation to enable the mediator to prepare satisfactorily.

ORDERED in Tampa, Florida, on July 7, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE