UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

US INCOME PARTNERS, LLC,

    Plaintiff,

v.                                        CASE NO. 8:20-cv-1020-T-23SPF

ACORE CAPITAL MORTGAGE, LP,

    Defendant.
_____/

## ORDER

With fewer than ten days until the October 15, 2020 mediation conference (Doc. 32), the parties move (Doc. 36) to continue the October 31, 2020 mediation deadline. The parties were warned that "an extension of the mediation deadline … is increasingly disfavored" as the mediation deadline approaches. (Doc. 27 at 2) Also, the parties fail to propose, in consultation with the appointed mediator, "an agreed day and time for the rescheduled mediation." (Doc. 27 at 2) The parties' motion (Doc. 36) is **DENIED**.

ORDERED in Tampa, Florida, on October 7, 2020.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE